SHELDON et al. v. UNITED STATES. CASTRO v. SAME. SHELDON et al. v. SAME.

(Circuit Court of Appeals, Seventh Circuit. February 11, 1893.)

CUSTOMS DUTIES—TOBACCO SCRAPS.
    Leaf tobacco scraps, which are the remnants of tobacco, left after making cigars, and are used in the manufacture of snuff, cigarettes, and cheap cigars, are dutiable at 40 cents per pound, under paragraph 244 of the tariff act of 1890, as "tobacco, manufactured, not especially enumerated or provided for," and not as "waste," under paragraph 472, nor as "unenumerated, unmanufactured goods," under section 4.

Appeal from the Circuit Court of the United States for the Northern District of Illinois.

Proceeding to appraise imports. The circuit court affirmed the decision of the board of general appraisers. The importers appeal. Affirmed.

P. L. Shuman, for appellants.
T. E. Milchrist, for the United States.

Before GRESHAM and WOODS, Circuit Judges, and BUNN, District Judge.

GRESHAM, Circuit Judge. These cases involved the question whether leaf tobacco scraps are dutiable at 40 cents per pound, under paragraph 244 of the tariff act of 1890, or at the rate of 10

per cent. ad valorem, under paragraph 472 of the same act, as "waste," or at the same rate of per cent., under section 4 of the act, as "unenumerated, unmanufactured" goods. The duty was assessed in each case under paragraph 244. The assessments were paid under protest. The board of general appraisers affirmed the collector's rulings. The importers appealed. The circuit court affirmed the decisions of the board, and the importers prosecuted these appeals. The board of general appraisers found that the merchandise was "leaf tobacco scrap," "tobacco cuttings," and "scraps and cuttings from Havana tobacco." In the manufacture of cigars, scraps are cut or broken from the wrappers and fillings, which are put aside, not as waste, but to be used in the manufacture of snuff, cigarettes, and cheaper cigars. This was the character of the merchandise in question. Paragraph 242 of the tobacco schedule provides that leaf tobacco suitable for cigar wrappers, if not stemmed, shall be subject to a duty of $2 per pound, and, if stemmed, $2.75 per pound; and paragraph 243 provides that all other tobacco in leaf, unmanufactured, and not stemmed, shall be subject to a duty of 35 cents per pound, and, if stemmed, 50 cents per pound. It will be observed that those two paragraphs embrace all leaf tobacco, both stemmed and unstemmed. Section 244 reads: "Tobacco, manufactured, of all descriptions, not specially enumerated or provided for in this act, forty cents per pound." Snuff, cigars, cigarettes, and cheroots are covered by other paragraphs. It appears to have been the intention of congress to cover by the tobacco schedule all kinds of tobacco,—manufactured and unmanufactured. The scrap tobacco in question is saved as valuable merchandise. It is a known article of commerce. Paragraph 244 was doubtless intended to embrace tobacco of all descriptions, not especially enumerated in the act. Scrap tobacco is tobacco which has been partially manufactured, and manufactured tobacco, of all descriptions, not elsewhere specially enumerated in the act, is covered by paragraph 244. The judgment of the circuit court is affirmed.